WO

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Roy,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>State of Arizona, Dora Schriro, Michael Linderman, John Sabbagh,<br><br>　　　　Defendants. | No. CV-03-2150-PHX-SRB<br><br>**ORDER** |

　　　Having denied both parties' motions for summary judgment with respect to the issues concerning Plaintiff's right to possess the seven religious items that he requested but was denied, the Court believes that this case is ripe for a settlement conference.

　　　Magistrate Judge Edward C. Voss having been randomly drawn,

　　　**IT IS ORDERED** referring this case for settlement conference before Magistrate Judge Voss.

　　　　　　　　　　DATED this 17th day of January, 2006.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　United States District Judge